IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

HENRY ERIC JOHNSON,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV606-035

WARDEN, Georgia State Prison; SANDRA MOORE, Deputy Warden; TOM MOORE, Unit Manager; STEVE DUPREE, Unit Manager; RICKY JOSKEY, Unit Counselor; Officer JOHNSON; Officer WATNICK; TYDUS MEADOWS, Warden, Men's State Prison; Capt. CLAY TATUM; Lt. DAVIS; Lt. RENFRO; Lt. HOOKS; Capt. WILLIAMS; Officer WOODSON; CALVIN RAMSEY, Health Service Administrator under contract of Medical College of Georgia, and INVACARE WHEELCHAIR COMPANY,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that the "imminent endangerment" alleged in his Complaint has progressed to medical neglect of a recent diagnosed inoperable injury to his neck. (Objections, p. 2.) Plaintiff's newest assertion does not establish that he was in imminent danger of serious physical injury at the time he filed his Complaint on March 22, 2006. Even if this Court were to find that Plaintiff was in imminent danger at that time, it appears that Plaintiff sets forth unrelated claims in his Complaint. The Court will not allow the joinder of unrelated claims. FED. R. CIV. P. 20(a).

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). If Plaintiff wishes to proceed with this action, he must pay the full $350.00 filing fee and resubmit his Complaint. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 11th day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)