AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

HENRY ERIC JOHNSON

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:   CV606-035

WARDEN, Georgia State Prison; SANDRA MOORE,
Deputy Warden; TOM MOORE, Unit Manager; STEVE
DUPREE, Unit Mananger; RICKY JOSKEY, Unit
Counselor; Officer JOHNSON; Officer WATNICK;
TYDUS MEADOWS, Warden, etal

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated August 11, 2006, adopting the Report and

Recommendation of the Magistrate Judge to dismiss action;  judgment of dismissal is hereby

entered and this action stands dismissed.

August 11, 2006
_____
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03